Jose Ramon MORALES, aka: Pablo Jose Ramon Morales, Petitioner–Appellant,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, Director; E.R. Meyers, Warden; Attorney General of the State of California; Board of Prison Terms, Respondents–Appellees.

No. 92–56262.

United States Court of Appeals, Ninth Circuit.

June 5, 1995.

* The Honorable Floyd R. Gibson, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

Before: GIBSON,* HALL, and KLEINFELD, Circuit Judges.

**ORDER**

This case is REMANDED to the District Court in accordance with the Supreme Court's decision in *California Dept. of Corrections v. Morales,* —— U.S. ——, 115 S.Ct. 1597, 131 L.Ed.2d 588 (1995).